IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-2225-JTM-DWB |
| PAYLESS SHOESOURCE, INC., | ) ) ) | |
| Defendant. | | |

**ORDER**

Upon joint motion (Doc. 10) and pursuant to the stipulated terms set forth therein, it is hereby ORDERED that this action shall be and hereby is stayed until thirty (30) days after the final resolution of the Underlying Action referenced in Plaintiff's Complaint for Declaratory Judgment, either by settlement or by the entry of final judgment after exhaustion of any appeals from any judgment eventually entered therein by the U.S. District Court for the District of Oregon, or until further order of this Court.

Counsel for Plaintiff shall submit and file written reports every ninety (90) days during the pendency of the stay describing the status of the proceedings in the Underlying Action and any appeal thereof.

IT IS SO ORDERED.

Dated this 11th day of July 2008.          s/ DONALD W. BOSTWICK
                                           U.S. Magistrate Judge

CC 2016923v1